# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00141-MOC-DSC

| | |
|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **WESTINGHOUSE ELECTRIC COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Ashley L. T. Joyner, Michael G. Lepre, Michael McNamara and Jack McKay]" (documents ## 6-8) filed April 8, 2014. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: 4/10/2014

David S. Cayer
United States Magistrate Judge