# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00141-MOC-DSC

| | | |
|---|---|---|
| DUKE ENERGY FLORIDA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| WESTINGHOUSE ELECTRIC COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Eric G. Soller and William Pietragallo, II] (documents # 20 and 21) filed April 23, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: April 23, 2014

David S. Cayer
United States Magistrate Judge