IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-cv-00141-MOC-DSC

DUKE ENERGY FLORIDA, INC.
        Plaintiff,
  v.

WESTINGHOUSE ELECTRIC COMPANY LLC
        Defendant.

## **ORDER**

**THIS MATTER** is before the Court on the parties' "Consent Motion to Modify Briefing Schedule" (document #48) filed on December 11, 2014. This Court has reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby grants the Motion and **ORDERS** that the briefing schedule with respect to the Defendant's Motion for Partial Judgment on the Pleadings (Document No. 42) shall be as follows:

1. Plaintiff's responsive brief shall be filed on or before December 24, 2014; and

2. Defendant may file a reply brief on or before January 14, 2015.

    **SO ORDERED**.

        Signed: December 13, 2014

        David S. Cayer
        United States Magistrate Judge