# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00141-MOC-DSC

| | |
|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **WESTINGHOUSE ELECTRIC COMPANY, LLC,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Laura Bourgeois LoBue]" (document # 63) filed March 10, 2015. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 10, 2015

David S. Cayer
United States Magistrate Judge