**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:14-CV-00141-MOC-DSC**

| | | |
|---|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WESTINGHOUSE ELECTRIC** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Duke Energy Florida, Inc.'s Motion to Compel" (document # 68) filed March 18, 2015 and the parties' briefs and submissions (documents #69-70, 77-78 and 84).  For the reasons stated in the Motion and Plaintiff's briefs, the Court in its discretion will <u>grant</u> the Motion.

The Court finds that any concerns regarding confidentiality are addressed by the Amended Protective Order (document #95).  Defendant shall file verified responses as to any discovery it has already produced.

**THEREFORE IT IS ORDERED** that:

1.  The "Duke Energy Florida, Inc.'s Motion to Compel" (document #68) is **GRANTED**.

2.  The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.                    Signed: June 2, 2015

David S. Cayer
United States Magistrate Judge