IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00141-MOC-DSC

**DUKE ENERGY FLORIDA, INC.,**

    **Plaintiff,**

**v.**

**WESTINGHOUSE ELECTRIC COMPANY, LLC,**

    **Defendant.**

**ORDER**

**THIS MATTER** is before the Court on "Defendant's Motion to Compel" (document # 126) filed December 2, 2015, and the parties' briefs and submissions. For the reasons stated in the Motion and Defendant's briefs, the Court in its discretion will <u>grant</u> the Motion in part. Plaintiff shall respond fully to Defendant's discovery requests except that Plaintiff may limit production to responsive documents that contain at least one Levy anchor term. The Court finds that concerns regarding confidentiality are addressed by the Amended Protective Order (document #95).

**THEREFORE IT IS ORDERED** that:

1. "Defendant's Motion to Compel" (document # 126) is **GRANTED IN PART** as stated above. Plaintiff shall serve supplemental responses to Defendant's discovery requests within thirty days of this Order. To the extent that Plaintiff contends it has previously fully responded to particular discovery requests, it shall so state in verified responses.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.  Signed: February 1, 2016

David S. Cayer
United States Magistrate Judge