IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-cv-00141-MOC-DSC

| | |
|---|---|
| DUKE ENERGY FLORIDA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WESTINGHOUSE ELECTRIC COMPANY LLC<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Shorten Briefing Schedule" (document #199). Having reviewed the Motion and supporting documents, the Court in its discretion **DENIES** the Motion.

**SO ORDERED**.

Signed: May 11, 2016

David S. Cayer
United States Magistrate Judge