UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00141-MOC-DSC

| | |
|---|---|
| **DUKE ENERGY FLORIDA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **WESTINGHOUSE ELECTRIC COMPANY LLC,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Plaintiff Duke Energy Florida, Inc.'s Motion for Summary Judgment on Defendant Westinghouse Electric Company LLC's counterclaims (#246), as well as Defendant Westinghouse's Motion for Summary Judgment (#252). As both motions have been fully briefed and are now ripe for review, the court will calendar these motions for oral argument. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar the parties' Motions for Summary Judgment (##246, 252) for oral argument on the next available Charlotte civil motions day.

Signed: August 11, 2016

Max O. Cogburn Jr.
United States District Judge