UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00141-MOC-DSC

| | | |
|---|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WESTINGHOUSE ELECTRIC COMPANY LLC,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff Duke Energy Florida, Inc.'s Motion for Final Pretrial Conference (#271). Defendant Westinghouse Electric Company, LLC does not consent to the motion, stating that it believes a pretrial conference is premature. Having considered the matter, the court agrees that holding a pretrial conference the week of September 12, as requested by Plaintiff, would be premature given the peremptory trial date of October 17. However, the court recognizes that Plaintiff has questions about trial procedures that it wishes to clarify. Thus, the court will allow time at the September 12 oral arguments on the parties' Summary Judgment Motions for the parties to raise questions about trial procedure that they feel are necessary for resolution at this stage. Accordingly, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff Duke Energy Florida, Inc.'s Motion for Final Pretrial Conference (#271) is **DENIED**. The parties are notified that they may ask questions about trial procedure while in front of the court on September 12 regarding their Summary Judgment Motions.

Signed: August 19, 2016

Max O. Cogburn Jr
United States District Judge