UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00141-MOC-DSC

| | | |
|---|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WESTINGHOUSE ELECTRIC COMPANY LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Quash or Modify Subpoenas. The court denies the Motion to Quash under Rule 45, Federal Rules of Civil Procedure, as plaintiff has not shown undue burden inasmuch as all subpoenaed witnesses are employees of plaintiff and their testimony may be necessary for defendant's rebuttal. The court will, however, modify the subpoenas to provide that the witnesses are under the subpoena of this court for the week of October 17, 2016, only as this case <u>will</u> be finished by Friday, October 21, 2016. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Quash or Modify Subpoenas (#291) is GRANTED in part and DENIED in part, and the subpoenas are modified to provide for a duration of October 17 through October 21, 2016.

Signed: October 12, 2016



Max O. Cogburn Jr
United States District Judge

-1-