UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00141-MOC-DSC

| | | |
|---|---|---|
| **DUKE ENERGY FLORIDA, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **STAY OF EXECUTION OF** |
| | ) | **JUDGMENT** |
| | ) | |
| **WESTINGHOUSE ELECTRIC COMPANY LLC,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on plaintiff's consented-to Motion for Stay of Execution of Judgment Pending Appeal. Having considered plaintiff's consented-to motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's consented-to Motion for Stay of Execution of Judgment Pending Appeal (#340) is **GRANTED**, and execution upon the Judgment (#331) is **STAYED** pending resolution of the Appeal(s) taken from such Judgment.

Signed: February 15, 2017

Max O. Cogburn Jr.
United States District Judge